MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00082-CDB |
| Plaintiff, | [Citation #E1754136, CA/14] |
| v. | |
| ABISAI RAMIREZ, | MOTION TO AMEND LISTED COLLATERAL AMOUNT ON CITATION AND REFUND |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to amend [Citation #E1754136, CA/14] in Case No. 5:25-po-00082-CDB against ABISAI RAMIREZ, so that the listed total collateral amount was $380.00 at the time it was due, and therefore also move for a refund to ABISAI RAMIREZ in the amount of $136.00.

DATED: April 9, 2025                     Respectfully submitted,

                                          MICHELE BECKWITH
                                          Acting United States Attorney

                                    By:   /s/ *Chan Hee Chu*
                                          CHAN HEE CHU
                                          Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the motion of the United States of America to amend the citation to the extent of lowering the amount of the collateral due and to issue a refund of overpayment made by Defendant on [Citation #E1754136, CA/14] in Case No. 5:25-po-00082-CDB against ABISAI RAMIREZ is GRANTED.

Accordingly, the Court ORDERS that a refund be issued to Defendant in the amount of $136.00.

IT IS SO ORDERED.

Dated: **April 9, 2025**

_____
UNITED STATES MAGISTRATE JUDGE